1  Nancy G. Ross (*Pro Hac Vice*)
   nross@mwe.com
2  McDERMOTT WILL & EMERY LLP
   227 West Monroe Street
3  Chicago, IL 60606-5096
   Telephone: 312.372.2000
4  Facsimile: 312.984.7700

5  Chris C. Scheithauer (State Bar No. 184798)
   cscheithauer@mwe.com
6  McDERMOTT WILL & EMERY LLP
   18191 Von Karman Avenue, Suite 500
7  Irvine, CA 92612-7108
   Telephone: 949.851.0633
8  Facsimile: 949.851.9348

9  Attorneys for defendants

10 [Additional counsel listed on signature page]



11                UNITED STATES DISTRICT COURT
12                CENTRAL DISTRICT OF CALIFORNIA
13
14                                    Master File No. 06-CV-6213 R(JCx)
   IN RE NORTHROP GRUMMAN
15 CORPORATION ERISA LITIGATION          STIPULATION AND [PROPOSED]
                                          ORDER DISMISSING
16                                        NORTHROP GRUMMAN
   THIS DOCUMENT RELATES TO:              CORPORATION FROM THE
17                                        AMENDED CLASS ACTION
   HEIDECKER, et al. v. NORTHROP          COMPLAINT AND MOOTING
18 GRUMMAN CORPORATION, et al.            JUNE 4, 2007 HEARING
   Case No. 07-CV-0153 R(JCx)
19                                        [Courtroom of the Honorable Manuel
                                          L. Real]
20
21
22                                    
23
24
25
26
27
28

Stipulation and Order Dismissing Northrop                Master File No. 06-CV-6213 R (JCx)

This stipulation is entered into by and between plaintiffs and defendants, through their respective counsel of record, based upon the following:

WHEREAS, on March 16, 2007, plaintiffs Andrew Heidecker and Richard Black filed an Amended Class Action Complaint against defendants ("Heidecker Amended Complaint") (Case No. 07-CV-1053 R(JCx)).

WHEREAS, the parties have met and conferred pursuant to Local Rule 7-3 of the Central District of California;

WHEREAS, on or about May 7, 2007, defendant Northrop Grumman Corporation filed a motion to dismiss the Heidecker Amended Complaint, which is set for hearing on June 4, 2007;

WHEREAS, on May 21, 2007 this Court dismissed defendant Northrop Grumman Corporation with prejudice from the parallel lawsuit of <u>Grabek v. Northrop Grumman Corporation, et al.</u> ("Grabek Lawsuit") (Case No. 06-CV-6213 R(JCx)) in this consolidated action;

WHEREAS, in light of the Court's ruling dismissing the Northrop Grumman Corporation with prejudice from the Grabek Lawsuit, the plaintiffs here have agreed to dismiss Northrop Grumman Corporation with prejudice from the Heidecker Amended Complaint thereby mooting the June 4, 2007 hearing.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel as follows:

Northrop Grumman Corporation shall be voluntarily dismissed with prejudice from the Heidecker Amended Complaint.

| | |
|---|---|
| Dated: May 25, 2007 | SQUITIERI & FEARON, LLP<br>Stephen J. Fearon, Jr.<br><br>KELLER FISHBACK & JOHNSON LLP<br>Daniel L. Keller<br><br>By: _____<br>Daniel L. Keller<br>Counsel for Plaintiff<br>ANDREW HEIDECKER |
| Dated: May 25, 2007 | McDERMOTT WILL & EMERY LLP<br>Nancy G. Ross<br>Chris C. Scheithauer<br><br>By: _____<br>Chris C. Scheithauer<br>Counsel for defendants |

**IT IS SO ORDERED.** Northrop Grumman Corporation is hereby dismissed with prejudice from the Heidecker Amended Complaint and the June 4, 2007 hearing is taken off calendar as moot.

Date: May 25, 2007

_____
The Honorable Manuel L. Real
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 18191 Von Karman, Suite 400, Irvine, CA 92612.

On May 25, 2007, I served the foregoing document described as

**STIPULATION AND [PROPOSED] ORDER DISMISSING NORTHROP GRUMMAN CORPORATION FROM THE AMENDED CLASS ACTION COMPLAINT AND MOOTING JUNE 4, 2007 HEARING**

on the interested parties in this action as follows:

    by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list.

X    BY MAIL. These documents are being served via United States Mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service, on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    BY FACSIMILE The above-referenced document was transmitted via facsimile transmission to the parties described on the attached Service List; the transmission was reported as completed and without error. Pursuant to C.R.C. 2009(i), a copy of the facsimile transmission report is attached hereto.

    BY PERSONAL DELIVERY As follows: I caused such envelope to be hand delivered to the offices of the addressee.

    BY FEDERAL EXPRESS I am readily familiar with the practice of McDermott Will & Emery LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 25, 2007, at Irvine, California.

_____
LINDA MARIE DOMINIC ASHE

## SERVICE LIST

Jerome J. Schlichter, Esq.
Elizabeth J. Hubertz, Esq.
Mary L. Perry, Esq.
SCHLICHTER BOGARD AND DENTON
100 South Fourth Street, Suite 900
St. Louis, MO 63102
Fax 314.621.7151
*Counsel for Plaintiffs in Grabek matter*

G. Cresswell Templeton, III, Esq.
William A. White, Esq.
HILL FARRER & BURRILL
One California Plaza
300 South Grand Avenue, 37th Floor
Los Angeles, CA
Fax 213.624.4840
*Counsel for Plaintiffs in Grabek matter*

Daniel L. Keller, Esq.
Stephen M. Fishback, Esq.
KELLER, FISHBACK & JACKSON, LLP
28720 Roadside Drive, Suite 201
Agoura Hills, CA 91301
Fax 818.292.8891
*Counsel for Plaintiffs in Heidecker matter*

Stephen J. Fearon, Jr., Esq.
KELLER, FISHBACK & JACKSON, LLP
32 East, 57th Street, 12th Floor
New York, New York 10022
Fax 212.983.0383
*Counsel for Plaintiffs in Heidecker matter*

ORC 414892-1 071494 0013

Stipulation and Order Dismissing Northrop                    Master File No. 06-CV-6213 R (JCx)