| | |
|---|---|
| 1 | Stephen M. Fishback (State Bar No. 191646) |
| 2 | Email: sfishback@kfjlegal.com |
|   | Daniel L. Keller (State Bar No. 191738) |
| 3 | Email: dkeller@kfjlegal.com |
|   | J. Bruce Jackson (State Bar No. 173215) |
| 4 | Email: bjackson@kfjlegal.com |
|   | **KELLER, FISHBACK & JACKSON LLP** |
| 5 | 28720 Roadside Drive, Suite 201 |
|   | Agoura Hills, CA 91301 |
| 6 | Telephone: 818.879.8033 |
|   | Facsimile: 818.292.8891 |
| 7 | |
| 8 | Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ANDREW HEIDECKER, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NORTHROP GRUMMAN CORPORATION, THE NORTHROP GRUMMAN CORPORATION SAVINGS PLAN ADMINISTRATIVE COMMITTEE, NORTHROP GRUMMAN CORPORATION COMPENSATION AND MANAGEMENT DEVELOPMENT COMMITTEE OF THE BOARD OF DIRECTORS, NORTHROP GRUMMAN CORPORATION SAVINGS PLAN INVESTMENT COMMITTEE, J. MICHAEL HATELEY, IAN ZISKIN, DENNIS W. WOOTAN, GARY W. MCKENZIE, RYAN HAMLIN, ROSE MARY ABELSON, JOHN T. CHAIN, JR., LEWIS W. COLEMAN, STEPHEN FRANK, PHILLIP A. FROST, KEVIN SHARER, and PHILIP A. ODEEN,<br><br>Defendants. | Action No.: 07-CV-0153 R(Jcx)<br><br>Hon: Manuel L. Real<br><br>**NOTICE OF CHANGE OF CONTACT INFORMATION OF COUNSEL OF RECORD** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND

THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that as of June 1, 2008, the address and telephone/facsimile numbers for the Southern California office of Keller, Fishback & Jackson LLP, attorneys for plaintiffs in the above-captioned matter, is changed as follows:

        KELLER, FISHBACK & JACKSON LLP
        18425 Burbank Boulevard, Suite 610
        Tarzana, California 91356-6918

        Telephone: (818) 342-7442
        Facsimile: (818) 342-7616

Dated: May 12, 2008         **KELLER, FISHBACK & JACKSON LLP**

        By: _____
        Stephen Fishback
        Attorneys for Plaintiffs