UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 07-00153-MMM(JCx) | Date | April 30, 2010 |

| | |
|---|---|
| Title | Andrew Heidecker vs Northrop Gruman Corporation |

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**   [In Chambers] Order re Consolidation and Dismissal

    On March 26, 2007, the court issued and order consolidating CV 06-06213 and CV 07-00153. Further, the court ordered all further pleadings/documents to be filed with the following caption: In Re Northrop Gruman Corporation Erisa Lititgation. The court orders that all further documents and proceedings occur as indicated above, and that Case No. CV 07-00153 be closed.